UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-mj-8244-RMM

UNITED STATES OF AMERICA

v.

JAMES RAY NICHOLS,
    a.k.a. "Jay N,"
    a.k.a. "tryaga1n1,"
    a.k.a. "stonemcmuffin,"
        **Defendant.**
_____/

FILED BY SP D.C.
May 30, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?     NO

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?     NO

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?     NO

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?     NO

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Gregory Schiller*
_____
Gregory Schiller
Assistant United States Attorney
Southern District of Florida
Fla. Bar # 0648477
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
P: 561-209-1045
E: gregory.schiller@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JAMES RAY NICHOLS | ) Case No.  24-mj-8244-RMM |
| a.k.a. "Jay N,", | ) |
| a.k.a. "tryaga1n1," | ) |
| a.k.a. "stonermcmuffin" | ) |
| *Defendant(s)* | |

FILED BY _____SP_____ D.C.

May 30, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 26, 2024 - April __, 2024   in the county of   Palm Beach   in the
  Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) & (b)(1) | Distribution of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit incorporated herein by reference sworn to by HSI Task Force Officer Malory Wildove.


☑ Continued on the attached sheet.

*Malory Wildove*
Complainant's signature

HSI Task Force Officer Malory Wildove
*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (FaceTime).

Date:   05/30/2024

*Judge's signature*

City and state:   West Palm Beach, Florida          United States Magistrate Judge Ryon M. McCabe
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Malory L. Wildove, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am also a Task Force Officer for the United States Department of Homeland Security, Homeland Security Investigations (HSI), as of 2021. I am a duly appointed Deputy Sheriff for Palm Beach County and have all the powers of a law enforcement officer in and for Palm Beach County, Florida. I have been employed with the Palm Beach County Sheriff's Office continuously since August 2014. Prior to working for the Palm Beach County Sheriff's Office, I was employed as a Probation and Parole Officer with the Florida Department of Corrections from 2010 to 2013. Prior to becoming a Probation Officer, I was employed by the Florida Department of Corrections as a Probation and Parole Specialist from the year to 2008 to 2010. I am currently registered with and certified by the Florida Department of Law Enforcement, Criminal Justice Standards and Training Commission. I am a graduate of University of South Florida with a Bachelor of Science degree in Criminology and Master of Science degree in Criminal Justice Administration. In July 2016, I was promoted as a detective to the Special Investigations Division - Crimes Against Children Unit, which investigates Sex Crimes, Crimes Against Children, Child Homicides, Crimes Against the Elderly, and Missing Persons. As of November 2016, I am now assigned to the Special Investigations Division - Cybercrimes Unit and am a member of the L.E.A.C.H. (Law Enforcement against Child Harm) Taskforce, and the I.C.A.C. (Internet Crimes Against Children) Taskforce.

2. I have completed numerous hours of training related to law enforcement including, Basic Law Enforcement Training, Crimes Against Children Investigations, Sex Crimes Investigations, Street Survival, Interviews and Interrogations, Interview and Understanding Sexual

1

Deviant Behavior, Reid Interview and Interrogation Technique, Investigative Techniques (ICAC), Responding to Cases of Sexual Assault, Undercover Concepts (ICAC), Human Trafficking Investigations, Internet Crimes Against Crimes Against Children Conferences for the years 2017, 2018, 2019 and 2022, Dark Web Investigations, Advanced Child Exploitation training with the U.S. Department of Homeland Security and 465 hours in the Probation Officer Training Academy.

3. This affidavit is based on my personal knowledge, experience, and training, as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain a search warrant.

4. I am submitting this affidavit in support of a criminal complaint and arrest warrant for James Ray NICHOLS, a.k.a. "Jay N," a.k.a. "tryaga1n1," a.k.a. "stonermcmuffin", year of birth: 1992, social security number: XXX-XX-2518. I submit there is probable cause to believe that from January 2024 through at least March 20, 2024, in the Southern District of Florida and elsewhere, NICHOLS distributed child pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1). The term "child pornography," as used in this affidavit, refers to the definition set forth in 18 U.S.C. § 2256(8)(A).

5. The statements contained in this affidavit are based in part on information provided by law enforcement officers; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; the results of physical and electronic surveillance conducted by law enforcement agents; and my experience, training and background as a Detective and HSI Task Force Officer. Since this affidavit is being submitted for the purpose of securing a criminal complaint and arrest warrant, I have not included each and every

fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe James Ray NICHOLS has violated 18 U.S.C. § 2252A(a)(2) and (b)(1).

## PROBABLE CAUSE

6. In early 2024, an HSI undercover agent, locating continuously in Palm Beach County, in the Southern District of Florida (hereinafter referred to as "the UC") acted in an undercover capacity online on the mobile messaging application "Kik" to detect and investigate violations of federal law related to the sexual exploitation of children. The UC assumed the persona of a 39-year-old female with an 8-year-old daughter ("Child 1") and 3-year-old son ("Child 2"). The UC was monitoring numerous chatrooms created for individuals to discuss their interests in "taboo" sex, family incest, child pornography, and the like. At all times referenced herein, the UC was located within the Southern District of Florida.

7. On January 26, 2024, at approximately 10:09 A.M., the UC received a private message from Kik user jay480420 (display name "Jay N"). The user stated, "I like em young and love fun moms." He indicated he is 31 years' old, and immediately sent the UC a video of an adult female performing oral sex on a nude prepubescent male, who appeared to be 2 to 3 years of age, based upon the size of the child's body. "Jay N" stated "this is my dream kind of woman." On the same date, "Jay N" sent a second video to the UC, of a pubescent male bound to a chair, approximately 12 to 13 years' old. The male had a blindfold over his eyes, legs spread apart, ankles bound to the back of the chair behind his head, and a black object inserted into his anus. Another male then masturbated the pubescent male with his left hand.

8. "Jay N" said he was the father of a 6-year-old girl but that, "her mom has her and I'm not allowed around her or she's going to report me", "I was licking her pussy after diaper

3

changes and mom caught me," and "from 2 months old to 3yo haven't seen her since 2020 her mom passed away in 2021 an now her grandma has her somewhere." The UC informed "Jay N" that the UC had a private taboo chatroom. "Jay N" told the UC, "I can be your best buddy if you need an admin for fake cops or creeps I'm down to help. I've been on KIK since 2019."

9. "Jay N" continued to send the UC images and videos depicting child pornography. In reference to sexually abusing a child, "Jay N" stated, "I have some friends with kids maybe I can get the courage," and "Maybe me and u could enjoy some yung boys."

10. "Jay N" indicated his Kik account he was using to communicate with the UC account was his "burner" (i.e., secondary account) and offered: "Would u like my real KIK incase anything happens to this one or is there another way would could stay in touch other than KIK?" "Jay N" then provided the UC his primary Kik account, username Stonermcmuffin.

11. On February 1, 2024, the UC received a private message from KIK user "tryaga1n1" which read, "Hey miss [UC name] it's Jay I got logged out of my account." "Tryaga1n1" sent the UC a picture of himself smoking a cigarette which matched the other selfie images he previously sent the UC from the "Jay N" Kik account, and later identified as James Ray NICHOLS. In this and previous photos, NICHOLS is a white male, appearing to be in his early thirties, with a dark-colored beard and long, auburn-colored hair. The UC asked NICHOLS why he was logged out of his account, and he replied, "Just glad I didn't get any visitors after," "like cops or anyone. There is also a "predator catching groups that been really active." NICHOLS specifically provided the names of those groups.

12. On February 2, 2024, in regards to Child2, NICHOLS stated, "I could taste him if u think u would like to see that." NICHOLS then sent the UC a video of what appeared to be a nude adult female sitting on the toilet wearing a black strap-on dildo (sex toy). The adult inserted

4

it into a nude prepubescent female who sitting on the adult's lap. The adult pulled the child's hair and thrust the sex toy into the child's vagina. The child appeared to be 4 to 6 years of age.

13. On or about February 12, 2024, NICHOLS told the UC he would like to be "pervy partners" and "will train ur kids." The UC provided an undercover phone number so the NICHOLS could text message in lieu of communicating via the KIK application. That day, the UC received a text message from phone number (502) 654-0987. Below are excerpts of the conversation:

| | |
|---|---|
| NICHOLS | Hey momma [UC Name] |
| UC | Hey Jimmy! Now you can message me whenever and I should get it. No break yet for me. |
| NICHOLS | Now we don't have to worry about kik banning us |
| UC | Exactly! |
| NICHOLS | So has ur daughter ever played with a man before |
| NICHOLS | I'm just curious if I should expect her to know what she's doing |
| NICHOLS | Or do u prefer these convos stay on kik |
| UC | Im okay with the convo being text or i wouldnt have offered. She has not been with a man yet |
| NICHOLS | Ok just making sure and I bet her tiny pussy is so sweet |
| NICHOLS | I think we're gonna be the coolest parents as a team what do u think |
| NICHOLS | I promise both u ladies will get new bathing suits every year |
| UC | I'd like your company we click! |
| NICHOLS | I figure if u got a sitter and just picked me up and stayed on the road should be about a days trip |
| NICHOLS | Maybe just a sitter for ur son since hes so young and me and ur daughter can ride in the back and u can keep an eye on us |
| UC | it would be at least one night there. I don't want her too warn out from traveling, plus I can see how you two click |
| NICHOLS | Ok that works I know a place thats 60 a night |
| NICHOLS | Do u wanna do this before derby?or after |
| UC | oh great! would you chip in for that? |
| NICHOLS | Of course |
| UC | the derby is so far away... id like to come for a visit to see it then too though |

5

| | | |
|---|---|---|
| NICHOLS | How about our birthdays | |
| UC | I have a training on 2/27 and 2/8 unfortunately...how about the next week? | |
| NICHOLS | That works | |
| NICHOLS | I'm so hard thinking about all this | |
| UC | ooooh good save it for (Child 2) haha | |
| UC | here is the thing though. I need something to show me you can be trusted as i mentioned before and that you're serious. I am not going to make that trip for nothing. I'm a single momma with alot on my plate can't waste time and money ya know? | |
| NICHOLS | What do u need | |
| UC | I mentioned ID but you said you don't have one.....soooooo idk | |
| NICHOLS | I mean u have most my info | |
| NICHOLS | Like I'll give u my social and shit u can run a background check | |
| UC | oh okay that works if you are okay with it...I don't have any of your info lol | |
| NICHOLS | [***] [**] 2518 James nichols 40272 5000 ramona ln Louisville ky born 2 [**] 1992 | |
| NICHOLS | I hope u will let her know I'm gonna lick her lil pussy till she falls asleep | |
| NICHOLS | Ive been serious about everything ive said to u I really want u to be my dirty momma and id love to be part of ur family in every way | |
| NICHOLS | I have no real family except my mom for real so I can easily pack up and change my life if u ever wanted me | |
| NICHOLS | I hope thats something u might be open to | |

14. On February 15, 2024, in response to a subpoena, KIK provided subscriber information and IP logs for the Kik accounts "tryaga1n1", "Stonermcmuffin", and "jay480420", all utilizing AT&T IP address 76.215.17.112 during the following abutting dates and times:

| | |
|---|---|
| **tryaga1n1** | 02/01/2024 at 23:28:02 UTC through 02/13/2024 at 23:09:19 UTC |
| **stonermcmuffin** | 01/15/2024 at 20:30:18 UTC through 02/13/2024 at 23:57:54 UTC |
| **jay480420** | 01/15/2024 at 22:32:15 UTC through 02/01/2024 at 22:18:41 UTC |

15. On February 14, 2024, NICHOLS texted two videos of himself to the UC (see Figure 1). The first, approximately twenty-one seconds in length, depicted the same white male in the images the "tryaga1n1" sent the UC. In this video, NICHOLS is lying on his back without a shirt on. He stated, "I'll be your fuckin pedo. I'm such a nasty little pedo for you. Oh fuck I want [Child 2's] tight little 8-year-old pussy. Oh Fuck. Hey [Child1], I don't know how much your moms told you about me but I want you so bad."



Figure 1

16. NICHOLS sent the second video via Kik. The video was fourteen seconds in length and depicted the same white male from the previous video, during which he is shirtless and sitting up. NICHOLS looked into the camera and stated, "I'm a pedophile, a filthy fucking pedophile. Oh fuck I want [Child1] so bad, her tight little 8-year-old pussy is gonna taste so good." NICHOLS then texted the UC: "(UC Name) I need (Child1) so fucking bad I wanna taste her lips hold her naked little body against mine." The following are excerpts taken from the conversation between the UC and NICHOLS on the same date:

| NICHOLS | Did u girls talk about me at all |
| NICHOLS | And does she use her tounge alot when kissing |
| UC | I mentioned you a little she does its precious.. she will be such a good kisser some day |
| UC | Sooner than other girls her age |
| NICHOLS | Mmmmmm I plan to teach her well so don't worry |
| NICHOLS | Does she enjoy being naked or wearing " slutty " stuff |

Throughout the conversations, NICHOLS discussed plans for the UC to bring him from Kentucky (where he lived) and to Florida where he could live with and sexually abuse the UC's children.

17. On February 21, 2024, in response to a subpoena, T-Mobile provided subscriber information for the phone number (502) 654-0987, however they were unable to provide the name of the subscriber due to NICHOLS using a Tracfone. T-Mobile confirmed the account had been active since 05/08/2017.

18. On February 22, 2024, NICHOLS and UC engaged in the following text conversation:

| | |
|---|---|
| NICHOLS | Think (Child1) would like my banana dipped in chocolate |
| UC | oh yes...lol...she not only loves chocolate but I think she will be a pleaser for sure |
| NICHOLS | U wanna call me when u get off work? |
| NICHOLS | I'm so greatful to have u and (Child1) in my life u make every day better and u make me feel so good about myself I finally feel like I have a partner not just some fuck friend but a lifelong partnership |
| NICHOLS | I'm thinking we should find a young 18 or 16 yo to be a babysitter and me and u groom them to be our playmate not sure if u would be into that also does (Child1) do any summer camps or anything? |
| UC | Hi I'm so sorry busy day again for me! I'm so grateful to have met you too. I hope its real because I think you'd be a perfect fit. You get me too |
| UC | I loooove the idea and that would be so easy to do |
| NICHOLS | I love u I just have to say it |
| NICHOLS | Will u call me when u get home |
| NICHOLS | I'm high as shit wish I was with y'all playing a game or something I'm not always sexual btw |
| | like I'm frisky and flirty but im fine with board games or video games |
| NICHOLS | Should I bring my switch when I come down |
| NICHOLS | Also do u have a house or is it an appartment |
| UC | Aww you are too sweet! I live a house. Plenty space for you |
| NICHOLS | R u home now? |
| UC | She would love to play with the switch |

| | |
|---|---|
| UC | Work still |
| NICHOLS | Awe |
| NICHOLS | U gonna call me when U get home |
| UC | Yes I will if I'm not too tired and or not too late |
| NICHOLS | Think (Child1) will enjoy u teaching her to use toys on me |
| NICHOLS | I want u to have the ultimate say in what (Child1) learns |

19. On February 24, 2024, NICHOLS and UC engaged in the following text conversation:

| | |
|---|---|
| NICHOLS | Just curious if anyone but me was to touch (Child1) would u turn them in I ask because I can be a little jealous and like i said in very protective |
| UC | I wont let that happen I'm extremely protective. So right now it's you or no one else and if someone does without my permission they are done |
| NICHOLS | Good I'm glad to hear that |
| NICHOLS | Check kik (NICHOLS sent child sexual abuse material from his KIK account) |
| UC | Oh my! Lovely can't wait to watch it all I'm still on my date having fun.. hbu? |
| NICHOLS | Laying here is ur date bi at all? |
| NICHOLS | Good mornin |
| NICHOLS | ***** NICHOLS called UC****** |
| UC | Hey it was so fun! I'm going to be busy all day hope you have a good day |
| NICHOLS | Awe ok I sent more on kik btw [NICHOLS sent more sexual abuse material to the UC] |
| NICHOLS | U like what I sent |
| NICHOLS | ***** NICHOLS called UC****** |
| NICHOLS | Hope ur having a great day |
| NICHOLS | I deleted kik i got a little paranoid |

20. That same day, NICHOLS sent the UC several child pornography images and videos. After, receiving the same, NICHOLS called UC for approximately 8 minute and 24 seconds phone conversation, during which the following was said:

| | |
|---|---|
| UC | Hello? |
| NICHOLS | I got too high and got really fuckin paranoid |

9

| | |
|---|---|
| UC | Why? |
| NICHOLS | Just the child porn shit. Did you like the videos? |
| UC | I loved it but you know what? |
| NICHOLS | What? |
| UC | I couldn't see the last three because probably because you deleted your profile so they wouldn't play for me and it was the youngest ones (children) so I'm bummed. |
| NICHOLS | Ah damn it. |
| NICHOLS | What's (Child1) doing? |
| UC | She is sleeping at her friend's house |
| NICHOLS | Awwww |
| UC | What have you been doing today? |
| NICHOLS | Just getting high and fuckin around watching all those videos and sending them to you |
| NICHOLS | I don't know why but someone added me randomly to a fuckin group that is just like bombarding it |
| UC | What do you mean? |
| NICHOLS | Like they are just posting like video after video after video |
| UC | In a group? |
| NICHOLS | Yeah, I'm just sending them to you though |

21.    On February 28, 2024, AT&T responded to a subpoena for subscriber information for the user of IP address 76.215.17.112 providing the following:

| BILLING PARTY | SERVICE INFORMATION |
|---|---|
| Account Number: 130588891 | Name: B******* & W******* Nichols |
| Account Name: B******* & W******* Nichols | Address: 5000 Ramona Ln, Louisville, KY 40272 |
| Address: 5000 Ramona Ln, Louisville, KY 40272 | Service Phone: (502) 935-**** |
| Acct Creation: 2013-10-08 | Service Dates: 2013-11-05 - Current |
| Account Status: Open | Contact Phone: (502) 935-**** |
| Account Email: BJN****@ATT.NET | Contact Email: BJN****@AOL.COM |

22.    James Ray NICHOLS, DOB 02/**/1992, has a registered driver's license at 5000 Ramona Ln. Louisville, KY 40272. His driver's license photograph matches the photographs accounts "tryaga1n1" and "jay480420" sent the UC. NICHOLS birthday and address match the

10

information he provided via text message on February 12, 2024. NICHOLS has also advised he lives at home with his mother.

    23.    On March 1, 2024, NICHOLS texted the following communication to the UC:

| NICHOLS | If I got my hands on a mega folder would u like a link |
|---|---|
| NICHOLS | https://mega.nz/folder/n8IHASAD#Jej_QGvOcKnR7**** |
| | https://mega.nz/folder/YjFySZZD#qR7GRCMOBSE7**** |
| | https://mega.nz/folder/qV0BQLCQ#cy8EoufNK5-BT6**** |
| | https://mega.nz/folder/dK9gXZaK#P96e6kCcLjMegcIc**** |
| | https://mega.nz/folder/vqAlhSpS#o1Of9VdBbrUaCWef**** |
| NICHOLS | I ended up making another kik while I was fuked up |
| NICHOLS | Tap the link to join my group "Tabuoo (verify msg to one of the admins first!)" on Kik! kik.me/g/P7k0CleqZp-dHQJaMFzGIs***** |
| NICHOLS | Kk let me know what u think |
| NICHOLS | Also maybe (Child1) could get some inspiration from some of the vids |

The UC downloaded the Mega.nz[1] links shared by NICHOLS. The links consisted of hundreds of videos depicting the brutal and graphic sexual abuse of children as young as infants.

    24.    On March 20, 2024, NICHOLS sent another Mega.nz link containing child sexual abuse material to the UC.

| NICHOLS | Morning |
|---|---|
| NICHOLS | Do u still want me to come groom (Child1) |

2

| | |
|---|---|
| NICHOLS | If ur nervous about all this I understand and don't mind waiting as always I still wanna be friends and such it just seems like ur putting some distance between us just let me know what's going on I understand being busy also derby is around the corner if u just wanna wait till then I'm game for what ever u want to do I don't want to be pushy or anything |
| UC | I'm having a real hard time at work is all… sorry. Lots going on. I still am here though thank u for not ghosting me too. I still want what we talked about |
| NICHOLS | Ok just making sure |
| UC | I can't call not alone but text a few. Whatcha doing |
| NICHOLS | Bout to walk to my sister's |
| UC | Oh cool she's close then? I didn't know u have a sister |
| NICHOLS | Right across the street best friend since 6yo |
| NICHOLS | Good mornin |
| UC | That's cool! Morning! |
| NICHOLS | How'd u sleep |
| | ***Calls the UC*** |
| NICHOLS | Jw r u wanting me to move in with u all I'm just curious so I know exactly what I should pack like how long do u want to keep me and such ur the driver so it's up to u |

25. On April 22, 2024, Kik responded to a federally issued Search Warrant for NICHOLS' multiple Kik accounts. Upon reviewing the results, no child sexual abuse material was observed, however, there were several conversations where NICHOLS:

a. Poses as a 15 to 16-year-old teenager when chatting with others;
b. Solicits users to engage in sexual relationships with minors;
c. States he sells pills and "meth;"
d. Talks to alleged women who claim to abuse children;
e. Professes to other users that he abused his own child (in similar context to his description to the UC) and that the child was taken and moved away instead of charges being pressed;
f. Offers to send toddler child pornography to users; and
g. To one particular user, stated: "What would you do if I got us a 5 yo boy?" "You want me to fuck his young ass."

As of May 10, 2024 NICHOLS continues to communicate with the UC.

3

## CONCLUSION

For these reasons, your Affiant respectfully submits that there is probable cause to believe that James Ray NICHOLS, a.k.a. "Jay N," a.k.a. "tryaga1n1," a.k.a. "stonermcmuffin", violated 18 U.S.C. § 2252A(a)(2) and (b)(1) within the Southern District of Florida and elsewhere by distributing child pornography. I therefore respectfully request that the Court authorize a criminal complaint and arrest warrant for NICHOLS under seal.

Respectfully submitted,

_Malory Wildove_
Malory Wildove
Task Force Officer
Homeland Security Investigations

Subscribed and sworn to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1 on this 4th day of ~~December 2023~~. 5/30/24

_____
HON. RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  JAMES RAY NICHOLS

**Case No**:  24-mj-8244-RMM

Count #1:

Distribution of child pornography

18 U.S.C. § 2252A(a)(2) & (b)(1)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**